**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**ROBERT STEVEN MIX**                                        **PLAINTIFF**

**v.**                    **Civil No. 06-5228**

**BENTON COUNTY PUBLIC
DEFENDER'S OFFICE;
JAY SAXTON, Chief Public
Defender and JEANETTE MCKINNEY,
Public Defender**                                **DEFENDANTS**

**O R D E R**

Now on this 2nd day of February, 2007, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #5, filed January 8, 2007), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Mix's claims are hereby **dismissed and this case is closed.**

**IT IS SO ORDERED.**

                                               **/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**